UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106
March 25, 2023

UNITED STATES OF AMERICA, *ex rel.*
JODIE MURRILL, Personal Representative
of the Estate of GARY MURRILL,

    Plaintiff,

v.                                                Case No. 4:21-cv-00371-DGK

MIDWEST CES, LLC,

    Defendant.

**NEVADA SMITH
REQUEST LEAVE TO FILE
AMICUS CURIAE BRIEF**

1

# INTRODUCTION

Nevada Smith has unique information and perspective.

Nevada Smith information in his amicus brief is timely and useful.

Nevada Smith has firsthand knowledge that is qualitatively different from information already discovered and not merely the product and outgrowth of publicly disclosed information.

Nevada Smith information helps the court resolve the legal issues raised by plaintiff Jodie Murrill and victim Gary Murrill.

Nevada Smith is providing information that would assist this court in slowing the flow of appeals of SSA disability benefits denied because of Midwest CES, their doctors and similarly situated contractors and their doctors fraud.

Nevada Smith amicus is breaking the government conspiracy of silence.

The government is not going to investigate, or they will fake it.

See GAO reports that pretend to investigate SSA and their doctors.

SSA says they agree with findings and does not act on the fraud from within.

The government refused to act, making knowing worthless.

Commissioner regulates the practice of medicine in Missouri and every state nationwide.

Missouri medical board and state AG participate in commissioner usurping the power of State of Missouri.

Defendant Midwest CES mischaracterizations refusal to look at the facts has caused this litigation that could have been settled by Missouri AG, Missouri Disability Determination Services (DDS), their parent agency, Social Security Administration attorneys and attorney David Jermann without plugging this court up with needless, expensive, and time-consuming action.