# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> JODIE MURRILL, Personal Representative ) <br> of the Estate of GARY MURRILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDWEST CES, LLC, ) <br> ) <br> Defendant. ) | Case No. 4:21-cv-00371-DGK |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Relator Jodie Murrill ("Murrill"), on behalf of Plaintiff United States of America, and pursuant to Fed. R. Civ. P. 15(a)(2), moves the court to grant her leave to file an amended complaint which corrects the name of the defendant. In support of her motion, Murrill offers the Suggestions in Support which accompany this motion.

Respectfully submitted,

**BURNETTDRISKILL, Attorneys**

*/s/ Derrick A. Pearce*
Derrick A. Pearce MO #42793
Kyle H. Sciolaro   MO #64568
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: 816.781.4836
F: 816.792.3634
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com

***ATTORNEYS FOR RELATOR***

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2024, a true and accurate copy of the above and foregoing was filed through the CM/ECF system, which provided notice to all counsel who have appeared in the action. In addition, a copy was emailed to counsel for Defendant at djermann@atllp.com.

/s/ Derrick A. Pearce
Derrick A. Pearce