# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JODIE MURRILL, Personal Representative of the Estate of Gary Murrill, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:21-cv-00371-DGK ) |
| MIDWEST CES, LLC | ) ) |
| Defendant. | ) ) |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Now before the Court is Plaintiff's motion for leave to file an amended complaint. ECF No. 52. Plaintiff's amended complaint (ECF No. 50) seeks only to change Defendant's name from Midwest CES, LLC to ELN Enterprises, LLC ("ELN"); it does not assert new or additional claims or legal theories. An initial round of discovery revealed ELN (who at the time Plaintiff filed her original complaint was doing business as Midwest CES, LLC) has since stopped doing business under that name. ELN has consented to the filing of the amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(2), and upon a showing of good cause, Plaintiff's motion to amend the complaint is GRANTED.

**IT IS SO ORDERED.**

Date:  February 2, 2024            /s/ Greg Kays
                                   GREG KAYS, JUDGE
                                   UNITED STATES DISTRICT COURT